# Court of Appeals
# of the State of Georgia

ATLANTA,    April 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1184.  STAVINCI ELLIS v. THE STATE.**

A jury found Stavinci Ellis guilty of statutory rape and aggravated child molestation, and we affirmed his convictions on appeal.  *Ellis v. State*, 280 Ga. App. 660 (634 SE2d 833) (2006).  In an order entered October 25, 2012, the trial court found the following motions filed by Ellis, pro se, mooted by the return of remittitur: Motion to Hold Judgment Void because of Want of Jurisdiction of Court; Motion for Ineffective Assistance of Counsel and Motion for Evidentiary Hearing; Amended Motion to Correct Void Judgment and Invalidate Unlawful Sentence; Motion to Compel Trial Court to Issue an Opinion and Order; and Motion for Compliance.

Ellis seeks to appeal the trial court's order.  The record shows, however, that Ellis did not file his notice of appeal until December 3, 2012, 39 days after the trial court entered its order.  To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Accordingly, we lack jurisdiction to consider Ellis's appeal, which is hereby DISMISSED as untimely.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/04/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*